*E-Filed 7/16/10*

1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    MICHAEL T. PYLE (CSBN 172954 )
     Assistant United States Attorney
4
         U.S. Attorney's Office/Civil Division
5        450 Golden Gate Avenue, 9th Floor
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7322
         Facsimile: (415) 436-6748
7        E-mail: michael.t.pyle@usdoj.gov

8    Attorneys for Federal Defendant

9    MICHAEL L. ORAN (CSBN 110970)
     Law Office of Michael L. Oran
10   800 Wilshire Boulevard
     Suite 500
11   Los Angeles, CA 90017
     Telephone: (213) 624-1177
12   Facsimile: (213) 624-1161
     E-mail: miloran@mloesq.com
13
     Attorneys for Plaintiff
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

19   BENHAM HALALI,                    )    No. C 09-4900 RS
                                       )
20        Plaintiff,                   )
                                       )    **STIPULATION AND [PROPOSED]**
21   v.                                )    **ORDER TO CONTINUE MEDIATION**
                                       )    **DEADLINE**
22   UNITED STATES OF AMERICA ET AL.,  )
                                       )
23        Defendants.                  )
     ——————————————————————————————    )
24
          IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of
25
     the Court, that the date for completing Court appointed mediation in this case (currently set for
26
     August 16, 2010) be continued to September 10, 2010.  This stipulation was agreed to by the
27
     parties (and is acceptable to the Court appointed mediator in the case) because September 2,
28

1  2010 is the first date that the parties, counsel and the mediator are all available.  The mediation

2  will take place on September 2, 2010 and the parties request that the date for the mediation

3  deadline be continued to September 10, 2010 in case there are some further mediation

4  discussions in the days following the September 2, 2010 mediation.  The parties do not believe

5  that any other dates set by the Court would need to be continued as a result of this stipulation.

6

7  Dated: July 16, 2010                                   Respectfully submitted,

8                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney
9

10                                 By:       _____/s/_____
                                             MICHAEL T. PYLE
11                                           Assistant United States Attorney
                                             Attorney for Defendant
12
                                             Respectfully submitted,
13
                                             LAW OFFICE OF MICHAEL L. ORAN
14

15                                 By:       _____/s/_____
16                                           MICHAEL L. ORAN
                                             Attorneys for Plaintiff
17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

19     The deadline for the parties to complete Court appointed mediation is continued from August

20  16, 2010 to September 10, 2010.

21  DATED:    7/16/10                         _____
22                                            HON. RICHARD SEEBORG
                                              United States District ~~Chief~~ Judge
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
C 09-4900 RS