MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
   Telephone:     (408) 535-5087
   Facsimile:      (408) 535-5081
   Email:         michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

MICHAEL L. ORAN (CSBN 110970)
Law Office of Michael L. Oran
800 Wilshire Boulevard
Suite 500
Los Angeles, CA 90017
Telephone: (213) 624-1177
Facsimile: (213) 624-1161
E-mail: miloran@mloesq.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENHAM HALALI, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA ET AL., )<br>)<br>   Defendants. )<br>_____ ) | No. 09-4900 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE AND**<br>**MEDIATION DEADLINE** |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for completing Court appointed mediation in this case (currently set for December 31, 2010) be continued to March 31, 2010 and that the telephonic Case Management Conference (currently scheduled for January 13, 2011) be continued to April 14, 2011 or a later date selected by the Court. This stipulation was agreed to by the parties (following the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND MEDIATION DEADLINE
C09-4900 RS

suggestion of the Court appointed mediator in the case, Patricia Prince) because the parties held an initial mediation session on September 2, 2010 and were not able to settle the case but did agree to agree on a plan for some focused discovery followed by another mediation session. The parties held a telephone conference with the mediator on September 8, 2010 and subsequently agreed to hold a second mediation session on December 14, 2010. During the week of December 6, 2010, however, the parties held separate telephone conferences with the mediator which resulted in the mediator recommending that the parties continue the mediation session from December 14, 2010 until a date to be agreed upon, most likely in March 2011.

As the Court may recall, this case arises from an automobile accident that took place on December 19, 2007 between Plaintiff Benham Halali and an FBI Victim Specialist named Christina Bouls. The discovery that the parties intended to take prior to the December 14, 2010 mediation included the following: (1) Plaintiff will execute authorizations for the release of medical records and Defendant will subpoena Plaintiff's medical records, (2) Defendant has requested photographs from the CHP that the parties believe were taken after the accident and will provide copies to Plaintiff, (3) the parties will conduct depositions of Plaintiff, Ms. Bouls, the CHP officer who investigated the accident, and possibly one or two other parties (i.e. one of Plaintiff's medical providers), (4) Plaintiff will assist in obtaining further documentation from Plaintiff's employer regarding Plaintiff's claim for lost income, and (5) the parties will work in good faith to cooperatively address any other focused discovery that either party believes in good faith to be necessary to evaluate the case for settlement purposes.

The parties have not been able to complete this limited discovery in time for the December 14, 2010 mediation for several reasons. First, it has taken much longer than anticipated to obtain certain of Plaintiff's medical records. Second, counsel's schedules were diverted to some other matters that they did not anticipate back in September 2010. The parties believe that the discovery plan they have set forth is one that can be achieved prior to a mediation in March of 2011, and that it is in the best interest of the parties to see if the case can be resolved after the parties have taken the discovery and exchanged the information set forth in their plan. The parties thus seek the Court's approval of a schedule that would allow this plan to go forward.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND MEDIATION DEADLINE
C09-4900 RS

The parties will be working with the mediator to select a mediation date in March of 2011 The request to have the mediation deadline continued until March 31, 2010 and do not believe an earlier date would be achievable in light of their respective professional commitments in other cases.  The parties do not believe that any other dates set by the Court would need to be continued as a result of this stipulation.

Dated: December 10, 2010

                          Respectfully submitted,

                          MELINDA HAAG
                          United States Attorney

          By:       /s/
               MICHAEL T. PYLE
               Assistant United States Attorney
               Attorney for Defendant

               Respectfully submitted,

               LAW OFFICE OF MICHAEL L. ORAN

          By:       /s/
               MICHAEL L. ORAN
               Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The deadline for the parties to complete Court appointed mediation is continued from December 31, 2010 to March 31, 2011.  The Court will hold a telephonic Case Management Conference on April 21, 2011 at 10:00 a.m.  The parties shall file a Case Management Conference Statement at least ten days in advance of the Conference.  The parties shall promptly notify the Court if they resolve the case through mediation or otherwise.

DATED:  12/10/10

                        _____
                        HON. RICHARD SEEBORG
                        United States District Chief Judge