| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954 ) |
| | JAMES A. SCHARF (CSBN 152171) |
| 4 | Assistant United States Attorneys |
| 5 | U.S. Attorney's Office/Civil Division/San Jose Branch |
| | 150 Almaden Blvd., Suite 900 |
| 6 | San Jose, California 95113 |
| | Telephone: (408) 535-5044 |
| 7 | Facsimile: (408) 535-5081 |
| | E-mail: james.scharf@usdoj.gov |
| 8 | |
| | Attorneys for Defendant United States of America |
| 9 | |
| | ALI R. MOGHADDAMI (CSBN 174548) |
| 10 | Moghaddami & Sadigh |
| | 333 East Glenoaks Boulevard, Suite 202 |
| 11 | Glendale, CA 91207-2099 |
| | TEL: (818) 500-4111 |
| 12 | FAX: (818) 500-4144 |
| | E-mail: amoghi@aol.com |
| 13 | |
| | MICHAEL L. ORAN (CSBN 110970) |
| 14 | Law Office of Michael L. Oran |
| | 800 Wilshire Boulevard |
| 15 | Suite 500 |
| | Los Angeles, CA 90017 |
| 16 | Telephone: (213) 624-1177 |
| | Facsimile: (213) 624-1161 |
| 17 | E-mail: miloran@mloesq.com |
| 18 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BENHAM HALALI, | ) | No. 09-4900 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE EXPERT DEPOSITION** |
| v. | ) | **DISCOVERY AND FURTHER CMC** |
| | ) | |
| UNITED STATES OF AMERICA ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Halali v. USA, Case No. 09-4900 RS

1  Whereas, the parties have completed all non-expert discovery, in compliance with the Court's April 21, 2011, Case Management Scheduling Order, Document 41, ("CMSO").

Whereas, plaintiff served his expert disclosures on September 16, 2011, in compliance with the CMSO.

Whereas, defendant will serve its expert disclosures on November 4, 2011, in compliance with the CMSO.

Whereas, the CMSO provides that expert deposition discovery must be completed by November 18, 2011.

Whereas, a Further Case Management conference is set for November 17, 2011, at 10:00 a.m.

Whereas, the parties have scheduled a full-day, private mediation with Charlie Hawkins on November 22, 2011.

Whereas, in order to conserve resources, the parties desire to briefly postpone expert deposition discovery and the Further Case Management Conference until after the mediation.

Whereas, the requested postponement will not affect any of the other dates imposed by the CMSO, including the February 2, 2012, Pretrial Conference and the February 13, 2012, Trial.

Therefore, the parties jointly request the Court to extend expert deposition discovery to December 23, 2011.  The parties further request that the Further Case Management Conference be continued to December 1, 2011, at 10:00 a.m., or to any date thereafter that may be more convenient to the Court.

Dated: September 23, 2011

        Respectfully submitted,

        MELINDA HAAG
        United States Attorney

By:      /S/
        JAMES A. SCHARF
        Assistant United States Attorney
        Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER RE EXPERT DEPOSITION DISCOVERY AND FURTHER CMC
C09-4900 RS

| | |
|---|---|
| 1 | LAW OFFICE OF MICHAEL L. ORAN |
| 2 | By:      /S/ |
| 3 | MICHAEL L. ORAN<br>Attorney for Plaintiff |

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered:

Expert deposition discovery is extended to December 23, 2011.  The Further Case Management Conference is continued to December 1, 2011, at 10:00 a.m. [or] [~~_____~~].

Dated: September 27, 2011

_____
Hon. Richard Seeborg
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE EXPERT DEPOSITION DISCOVERY AND FURTHER CMC
C09-4900 RS